MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ANThony Barnett
17190 Ryan
DET, MI 48212

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**v.**

HARper Hutzel Hospital "ET AL"
Crystal L. Arthur M.D
3990 John R.
DET, MI 48201

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 4:17-cv-11113
Judge: Parker, Linda V.
MJ: Stafford, Elizabeth A.
Filed: 04-10-2017 At 09:10 AM
CMP BARNETT V. HARPER HUTZEL HOSPIT
AL ET AL (DA)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | AnThony Barnett |
| Street Address | 17190 Ryan |
| City and County | DeT, ## Wayne co |
| State and Zip Code | Michigan 48212 |
| Telephone Number | 313-213-7775 |
| E-mail Address | N/A |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1                         "ET AL"

| | |
|---|---|
| Name | Crystal L. Arthur  M.D |
| Job or Title (if known) | Manger |
| Street Address | 3990 John R. |
| City and County | Detroit, Wayne co. |
| State and Zip Code | Michigan 48201 |
| Telephone Number | Attorney # 248-746-c70c |
| E-mail Address (if known) | — |

Defendant No. 2

| | |
|---|---|
| Name | Dr. Jesus Ortega M.D |
| Job or Title (if known) | Patient Doctor |
| Street Address | 3990 John R. |
| City and County | DeT- Wayne co |
| State and Zip Code | Mich - 48201 |
| Telephone Number | Attorney # 313 964-6310 |
| E-mail Address (if known) | — |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name DR. RAZUMIlara "NATALIYA" M.D

Job or Title (if known) Ordering Physician

Street Address 3990 John R.

City and County DeT, WAyne co

State and Zip Code Michigan 48201

Telephone Number ATTORney # 248-746-0700

E-mail Address (if known) —

Defendant No. 4

Name SCOTT D. FeringA

Job or Title (if known) ATTORney fcr Harper Hospital

Street Address 1000 maccabees Center 2580 Northwestern Hwy

City and County South field - OAkland co.

State and Zip Code michigan 48075

Telephone Number 248 - 746 - 0700

E-mail Address (if known) —

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

PARTIES to this complaint

NAme — Nicole K. Nubeitt

Job or Title — ATToRney foR HaRper HospitAl
STReet AddRess — 1000 MAccabees CenteR 25800 NoRthwestern Hwy
City and County — Scothfield — OAkland Co
STATe and Zip Code — Michigan 48075
Phone Number — 248·746·0700

Defendant #6

NAme — ERIC G. Tucciarone
Job or Title — ATToRney foR Doctor Jesus Ortega M.D
STReet AddRess — 645 Griswold ST. Suite 2800
City And County — Detroit — Wayne Co
STATe And Zip Code — Michigan 48226
Phone NumbeR — 313 - 965 - 9922

Defendant #7

NAme — Aaron D. GeyeR
Job or Title — ATToRney foR LATanya Burnett + family
STReet AddRess — 32411 Mound Rd.
City And County — WARRen - OAKland Co.
STATe And Zip code — Michigan
Phone NumbeR — 586 - 303 - 1259

Defendant #8

NAme — LATANYA BurnetT
Job or Title — PAtient Daughter 2nd Born
STReet AddRess — 7754 Piedmont
STATe And Zip Code — Michigan 48228
Phone NUmbeR — ATToRney 586 - 303 - 1259
City And County — Detroit Wayne Co.

PARTIES TO THIS COMPLAINT

Defendant #9

NAme - CaroLyn ~~By~~ PAige
Job or Title - PATients DAughter 4-Born
Street Address - 551 ½ EAST SixTh ST
City And COUNTY - ERie - Co
STATE And Zip Code - PA 16507
Phone NUMBER - ATTorney 586-303-1259

Defendant #10
NAme - LeThA Smith
Job or Title - PATients DAughTer 5-Born
Street Address - 2co Beresford
City And County - HighlAnd PARK WAYNE Co.
STATE And Zip Code - Michigan 48203
Phone Number - ATTorney 586-303-1259

Defendant #11
NAme - WALTER Smith . JR
Job or Title - PATients Son 6-Born
Street Address - 2oo Beresford ST
City And County - HighlAnd PArK WAYNE Co.
STATE And Zip Code - Michigan 48203
Phone Number - ATTorney 586-303-1259

Defendant #12
NAme - TErrANce J. CiRRocco
Job or Title - ATTorney PlainAff ANThony BArNeT
Street Address - 535 Griswold ST Suite 2040
City And County - DETroit . WAYNe Co
STATE And Zip Code -
Phone Number - 313-961-8900

Defendant #13
NAme - Frederic M. Rosen
Job or Title - ATTorney PlainAff ANThony BArNett
Street Address - 535 Griswold ST Suite 2040
City And County - DETroit WAYNe Co
STATE And Zip Code - Michigan 48226
STATE ... hone - 313-961-8900

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

N/A

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

      a.      If the plaintiff is an individual
The plaintiff, *(name)* _ANThony  BArneTT_ ,
is a citizen of the State of *(name)* _michigAn_ .

      b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

      a.      If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

**# 1**

      b.      If the defendant is a corporation
The defendant, *(name)* _CrysTAl  L. ArThur_, is incorporated
under the laws of the State of *(name)* _michigAn_ , and
has its principal place of business in the State of *(name)*
_michigAn_ . *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

Diversity of Citizenship Basis Jurisdiction

Defendants

#2 Defendant Name DR. Jesus Ortega.
is incorporated under law state michigan And
principal place of business in state of michigan

#3 Defendant name DR. RAZumilaRA "NATAliya" MD.
is incorporated under law state Michigan and
Principal place of business in state of Michigan

#4 Defendant name SCOTT D. feringa (P28977 Attorne
is incorporated under law state michigan and
Principal place of business in state of michigan

#5
Defendant name Nicole K. Nubent (P60218 Attorne
is incorporated under law state michigan And
Principal place of business in state of michigan

#6 Defendant name ERic G. Tucciarone Attorney
is incorporated under law state michigan And
Principal place of business in state of michigan

#7 Defendant name Aaron D. Geyer Attorney
is incorporated under law state michigan And
Principal place of business in state of michigan

#8 Defendant name LATANYA BARNETT is an individual is A Citizen of the STATE Michigan

9 Defendant name Carolyn Barnett is an individual is A Citizen of the STATE Michigan

10 Defendant name Letha Smith is An individual is A Citizen of the STATE Michigan

# 11 Defendant name WALTer Smith Jr is An individual is A Citizen of the STATE Michigan

# 12 Defendant name Terrance J. Cirrocco Attorney is incorporated under law STATE Michigan And Principal place of business in STATE of Michigan

# 13 Defendant name Frederic M. Rosen Attorney incorporated under law STATE Michigan And Principal place of business in STATE of Michigan

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

57 million dollars BeCAuse She was murder, then
CoRuption took over then there was A
Settlement then this CASE was not out for public.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

My mother, marilyn BARneTT-Rouse died from
being over medicAted while in HARper HuTzel
Hospital, She cAme to geT help And Should hAve bee
protected, I did not Agree to the settlement I Am
mArilyn First born And filed the ORiginAl
Ciuil motion, I Anthony Ace Requesting thAt All
PARties involved to be Summoned oR Supenoed
FoR A tRiAL - before A JURy for JUstice for my
Mother, All defendants were finAnciAlly CompensAted
unJustly.

5                    .

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do
not make legal arguments.  Include any basis for claiming that the wrongs alleged are
continuing at the present time.  Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed,
the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

57-million dollars. This was not the first time
my mother was over medicated, while under
care, Harper Hutzel Hospital, its time to get justice
for my mother and all her grandkids. Marilyn
had goals for her family, that should go on
on behalf Marilyn Barnett-Reese.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current address on
file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _April - 10_ , 20 _17_.

Signature of Plaintiff      _Anthony Barnett_

Printed Name of Plaintiff   _Anthony Barnett_

6

### STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ANTHONY BARNETT, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
MARILYN BARNETT-ROUSE, DECEASED,

Plaintiffs,

vs.

CRYSTAL L. ARTHUR, M.D.,
MEDICAL CENTER EMERGENCY SERVICES, P.C.
JESUS ORTEGA, M.D., ANNMARIE BREEN, R.N.
and HARPER-HUTZEL HOSPITAL, Jointly and Severally

Defendants.

Case No. 2012-012673-NH
Honorable Wendy M. Baxter

FREDERIC M. ROSEN (P19625)
TERRANCE J. CIROCCO (P36679)
FREDERIC M. ROSEN PC
Attorneys for Plaintiff
The Buhl Building
535 Griswold Suite 2040
Detroit, MI 48226-3423
(313) 961-8900

SCOTT D. FERINGA (P28977)
NICOLE K. NUGENT (P60218)
SULLIVAN, WARD, ASHER & PATTON, P.C.
Attorneys for Defendants, Legacy HHH,
d/b/a Harper University Hospital, Crystal L.
Arthur, M.D., Medical Center Emergency
Services, P.C. and Amy Breen, R.N.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-8412
(248) 746-0700/Fax (248) 746-2760

ERIC G. TUCCIARONE (P52767)
Attorney for Defendant Jesus Ortega, M.D.
CORBET SHAW ESSAD TUCCIARONE & BONASSO
645 Griswold Street, Suite 2800
Detroit, MI 48226
(313) 965-9922 / Fax: (313) 964-6310

## DEFENDANTS LEGACY HHH d/b/a HARPER UNIVERSITY HOSPITAL, CRYSTAL L. ARTHUR, M.D., MEDICAL CENTER EMERGENCY SERVICES, P.C. AND AMY BREEN, R.N.'S <u>FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF</u>

NOW COMES Defendants, LEGACY HHH d/b/a HARPER UNIVERSITY HOSPITAL, CRYSTAL L. ARTHUR, M.D., MEDICAL CENTER EMERGENCY SERVICES, P.C. AND ANNMARIE BREEN, R.N., by and through their attorneys, SULLIVAN, WARD, ASHER & PATTON, P.C., and requests that the Plaintiff produce the following documents, things and medical information pursuant to MCR 2.310 and MCR 2.314, within twenty-eight (28) days after service of this Request:

1.   A copy of the Decedent's records preceding his admission to Foote Hospital including but not limited to:

     a.   any and all hospital records excluding the records of Foote Hospital;

     b.   any and all doctors, therapists, psychiatrists, chiropractors, nurses, home healthcare agencies, or other health care professionals' records;

     c.   any and all x-rays taken at either an outpatient facility or hospital;

     d.   any and all reports from treating and/or examining physicians including reports to Plaintiff's counsel;

     e.   all insurance/Medicare/Medicaid records; and

     f.   in the alternative, please provide counsel for Defendant with signed authorizations in the form approved by the State Court Administrator sufficient in number to enable counsel for this Defendant to obtain the information requested from the physician(s) and hospital(s) who are in actual possession of the information requested.  (Medical Authorization Forms attached).

**RESPONSE:**

2

2.   A copy of the medical records which reflect treatment of Plaintiff prior to _____ including but not limited to:

    a.   any and all hospital records;

    b.   any and all doctors therapists psychiatrists psychologists chiropractors or other health care professionals' office records.

    c.   any and all x-rays taken at either an outpatient facility or hospital.

    d.   any and all reports from treating and/or examining physicians including reports to Plaintiff's counsel and

    e.   in the alternative, please provide counsel for Defendant with signed authorizations in the form approved by the State Court Administrator sufficient in number to enable counsel for this Defendant to obtain the information requested from the physician(s) and hospital(s) who are in actual possession of the information requested. (Medical Authorization Forms attached).

**RESPONSE:**

3.   Copies of any and all billing, billing inquiries, checks for medical care or other billing from any healthcare provider and/or institution.

**RESPONSE:**

4.      Copies of any and all photographs of the Plaintiff including videotape and digital images that support the claims and allegations made by Plaintiff.

**RESPONSE:**

5.      Copies of any and all correspondence, memoranda, journals and/or diaries documenting the claims and allegations made by Plaintiff and the care and treatment of Plaintiff.

**RESPONSE:**

SULLIVAN, WARD, ASHER & PATTON, P.C.

4

6.    Copies of any and all recordings, transcripts of recordings of any conversations between Plaintiff and any other person(s) including, but not limited to, Defendant, any representative of Defendant regarding the claims in this case.

**RESPONSE:**

7.    Copies of any and all correspondence forwarded by Plaintiff to any individual or department concerning the claims and allegations made in this case.

**RESPONSE:**

8.    Copy of any and all medical records, letters from healthcare providers, photographs, or reports from health care providers including information from physicians, therapists, nurses or home healthcare agencies.

**RESPONSE:**

9      Any and all information obtained through investigations conducted by Plaintiff concerning the any of the claims and allegations made in this case.

**RESPONSE:**

10.    A complete documentation with supporting records of any and all claimed medical liens. Medicare, Medicaid  private insurer  employer-based insurer which Plaintiff's Personal Representative or Plaintiff's attorney have received or have knowledge of.

**RESPONSE:**

6

11.   A copy of all tax filings from two years prior to the incident and five years following the incident or, in the alternative, a signed authorization to obtain same.

**RESPONSE:**

Respectfully submitted,

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

By:   _____
NICOLE K. NUGENT (P60218)
Attorney for Defendants
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-8412
(248) 746-0700

Dated:  December 17, 2012

W1237553.DOC

7

# CITY OF DETROIT

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

LF 003567

STATE FILE NUMBER
**3077334**

1. DECEDENT'S NAME: Marilyn Barnett-Rouse
2. DATE OF BIRTH: June 5, 1950
3. SEX: female
4. DATE OF DEATH: May 12, 2008

5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS: Marilyn Lorraine Barnett
6. AGE — Last Birthday: 57

7a. LOCATION OF DEATH: HOSPITAL OR OTHER INSTITUTION — Harper Hospital
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: Detroit
7c. COUNTY OF DEATH: Wayne

8a. CURRENT RESIDENCE — STATE: Michigan
8b. COUNTY: Wayne
8c. LOCALITY: Detroit
8d. STREET AND NUMBER: 16850 Whitcomb

9a. ZIP CODE: 48235
9. BIRTHPLACE: Detroit, Michigan
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: 2 years college

12. RACE: Black
13a. ANCESTRY: African American
13b. HISPANIC ORIGIN: no
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: no

15. USUAL OCCUPATION: Street Maintainance
16. KIND OF BUSINESS OR INDUSTRY: City of Detroit
17. MARITAL STATUS: Married
18. NAME OF SURVIVING SPOUSE: Mark Rouse, Jr.

19. FATHER'S NAME: Moses Julius Barnett
20. MOTHER'S NAME BEFORE FIRST MARRIED: Mary Katherine Hubbard

21a. INFORMANT'S NAME: Mark Rouse, Jr.
21b. RELATIONSHIP TO DECEDENT: husband
21c. MAILING ADDRESS: 16850 Whitcomb Detroit, MI 48235

22. METHOD OF DISPOSITION: Burial
23. PLACE OF DISPOSITION: Detroit Memorial Park- West
23a. LOCATION: Redford, MI

24. SIGNATURE OF MORTUARY SERVICE LICENSEE
25. LICENSE NUMBER: 006808
26. NAME AND ADDRESS OF FUNERAL FACILITY: Jeter Memorial Funeral Home 8436 W. Chicago Detroit, MI 48204

28a. ACTUAL OR PRESUMED DATE OF DEATH: 9:25am
28b. ACTUAL OR PRESUMED TIME OF DEATH: 05/12/2008
28c. DATE PRONOUNCED DEAD: 9:29 A
28d. TIME PRONOUNCED DEAD

29. MEDICAL EXAMINER CONTACTED?: no
30. PLACE OF DEATH: Harper Hospital
31. IF HOSPITAL: Inpatient

27a. Signature and Title: Okaeie, J.M.D.
27b. DATE SIGNED: 6/2/08
27c. LICENSE NUMBER: 4301072495

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: KARI DAVIDAP ANYOLA, MD, 3990 John R Detroit, MI 48201
33a. REGISTRAR'S SIGNATURE: JUN 03 2008

36. PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death.

| | | Approximate interval onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE: Acute coronary Syndrome | DUE TO (OR AS A CONSEQUENCE OF) | ?12 hours |
| b. Sickle cell crisis | DUE TO (OR AS A CONSEQUENCE OF) | ?2 days |
| c. Sickle cell disease | DUE TO (OR AS A CONSEQUENCE OF) | ?2 years |

PART II. OTHER SIGNIFICANT CONDITIONS: multiorgan failure

37. DID TOBACCO USE CONTRIBUTE TO DEATH?: Unknown

38. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: NO
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: NO

---

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED WITH THE DETROIT DEPARTMENT OF HEALTH. DO NOT ACCEPT UNLESS PREPARED ON APPROVED SECURITY PAPER DISPLAYING THE OFFICIAL SEAL AND SIGNATURE OF THE ISSUING AGENCY. NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE.

**DETROIT VITAL RECORDS**

500697

FEB 24 2011
Dated

*Georgia M. Taylor*
Georgia M. Taylor, Interim Registrar
City of Detroit Health Department



**Department of Health**
**Death Records**

Sjackson   4/21/2014 3:08 PM   (i)

OSM CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2008-732559-DE B<br>Judge Terrance A Keith |
|---|---|---|

Estate of   Marilyn BarnetteRouse, Decedent

TO:   Name, address, and telephone no.
Anthony Barnett Sr
17190 Ryan
Detroit, MI, 48212
(313)-213-7775

You have been appointed and qualified as Personal Representative of the estate on       02/21/2011
                                                                                          Date

You are authorized to do and perform all acts authorized by law except as to the following:

**Restrictions:**
  Fiduciary cannot enter into wrongful death or personal injury settlements without Court authority and without the Probate Court setting an appropriate bond in
  accordance with MCR 2.420.
  real estate is not to be sold, purchased, mortgaged or otherwise alienated without prior Probate Court authority.

These letters expire:   **4/18/2015**
                          Date

2/21/2011
Date

Judge Terrance A Keith                                                Bar no. 37738

### SEE NOTICE OF DUTIES ON SECOND PAGE

| Attorney name (type or print) | Bar no. | Attorney name (type or print) | Bar no. |
|---|---|---|---|
| Address | | Address | |
| City, state, zip | Telephone no. | City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are
in full force and effect.

**APR 2 1 2014**
Date                                               Deputy Probate Register

The Letters of Authority are valid only if issued with the raised seal of the Wayne County Probate Court.

Do not write below this line - court use only

MCL 700.3103; MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,;
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (02/13)  **LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE**

Anthony Barnett Sr
17190 Ryan
DETROIT, MI, 48212





050

FIN: 183327980        PTID: 05496291
**BARNETT ROUSE, MARILYN**
06/06/1950  F              MRN: XXXXX9179
HA – 5WS / 5418 / 01   DOS: 05/09/08 18:41
PCP: NO ATTENDING PHYSICIAN (9
ATTN: ORTEGA MD, JESUS

# PROGRESS NOTES (PLEASE SIGN ALL ENTRIES)

Physician  _Dr. Kafai_

Date  _5/11/08_

1+ = mild        2+ = moderate

3+ = severe      4+ = life threatening

**HPI/Complaints (✓ if negative/circle if ⊕ and grade)  The following symptoms have newly occurred or persist in the last 24 hours**

| | | |
|---|---|---|
| Fever ☐ | SOB ☐ | Fatigue ☐ |
| Chills/Rigors ☐ | Cough ☐ | Weakness ☐ |
| Anorexia ☐ | Chest pain ☐ | Rash ☐ |
| Nausea ☐ | Confusion ☐ | Itching ☐ |
| Vomiting x ___ ☐ | Restlessness ☐ | Mouth sores ☐ |
| Diarrhea ___ ☐ | Headache ☐ | Pain ☐ |
| Constipation ☐ | Edema/swelling ☐ | VAS ___ ☐ |

☐ Remaining ROS ⊙

Other  _Pt was over sedated gen, ↓ Resp Rate, O₂ Sat ↓ 70._
_Narcan given._
_This morning, waxing away, Medial Status, does not complain of_
_pain_

**PE**   T°      Pulse _130's_   Resp        BP        Pulse Ox-

In        Out        Wt.           P.S.

_(OTHER)_

**Gen-** WD ☐   WN ☐   A and O x _i_ ☐   NAD ☐
**Skin** No rashes ☐   No new soft tissue masses ☐   no erythema ☐
**Eyes** PERRLA ☐   EOMI ☒   No scleral icterus ☒
**Oropharynx** No erythema ☒   No mucositis ☒   No ulceration ☒
**Lymph Nodes** No new cervical ☐   No new supraclavicular ☐
          No new axillary ☐   No new inguinal ☐
**Lungs** Clear to auscultation ☐   Normal percussion ☐
**CV** No murmurs ☒   No gallops ☒   Regular rate, rhythm ☐
**Abdomen** Bowel sounds active ☒   No organomegaly ☒
          No tenderness ☒   No masses ☒
**Extremities** No edema ☒   No cyanosis ☐   No deformity ☐
**Neuro** A and O x _10_ ☐   No motor weakness ☐   No sensory change ☐

_Waxing Wane mental_
_Require O₂, Diaphoretic_

_UC Cream_

_weak per riel w_
_avid imp_

Labs  _139 | 101 | 32 /  Alk ph 34:   9.4 /_
                     _Trop  1/3  / 70_

**Medications**

MSSR — 15mg, Q12

PCA — Dilca Morphine 1sa, 6min,

Fider, Oocic, Sin,

Norvasc 10m to 60m

Protin x, Compazin,

**Diagnostics** _____ New

EKG → three inversion lead II III, Qwave lead 3,

1/2

VISIT DATE: 5/11/08

☐ I performed a history and physical examination of the patient and discussed his management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care.

☐ I was present with the resident during the history and exam. I discussed the case with the resident and agree with the findings and plan as documented in the resident's note.

☑ I saw and evaluated the patient. I reviewed the resident's note and agree with the findings and plan as documented in the resident's note.

Teaching Physician Addendum: 57 y/o fenle with Sickle-Thal admited for ScPC was on Morphine PCA 1mg q 6 minutes, MSSR 15 mg PO Q12HR. Last night was over dosed sedated + Hypoxia, the give narcan with improvent Then had ECG with No changes, one Troponine ordered. Then she became SoB, Tachypnea A mental statun (Delerium), CP + Tachy cardia, ECG showed ST elevation + flipped T-waves, Troponin 1.38 elevated. Exam: Confused, lethargic, aphasic, Diaphoretic, Tachypnea

Teaching Physician Signature: _____ Date: 5/11/08
300258 (Rev 7/06)   ↓ BP 100/60  HR ↑ 130, Afebrile, Left side weakness.

2/2

VISIT DATE: 5/11/08

☐ I performed a history and physical examination of the patient and discussed his management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care.

☐ I was present with the resident during the history and exam. I discussed the case with the resident and agree with the findings and plan as documented in the resident's note.

☑ I saw and evaluated the patient. I reviewed the resident's note and agree with the findings and plan as documented in the resident's note.

Teaching Physician Addendum: A/P:

1) Sickle-Thal disease: Cfusion + CP + CNS Signs due to sickle cells Consider emergency Blood exchange, we will transfer patient to MSICU. Get quinton catheter.

2) ECG Changes/CNS chgs: 2° to ①. Start with Blood exchge Consider further TX (anticoagulate + Diagnostic tsts)

*Red Flag Here*

*Need copy!*

# DMC
### DETROIT MEDICAL CENTER
### WAYNE STATE UNIVERSITY

**Facility:** H mp r Hospital
**Address:** 3 90 John R
Detroit MI 48201

| | |
|---|---|
| **Admit Date:** | 5/10/2008 |
| **Discharge Date:** | 5/12/2008 |
| **Medical Service:** | Oncology |

**Patient Name:** BARNETT ROUSE, MARILYN
**DOB:** 6/6/1950
**PTID:** 05496291
**FIN:** 183327980
**MRN:** H-383529179
**PCP:** NO ATTENDING PHYSICIAN (999904)
**Attending Physician:** ORTEGA MD, JESUS

## O r d e r s  ( e )

| Order Date/Time 5/10/2008  6:33:18 AM | | Order Status Voided Without Results | Type of Order Pharmacy |
|---|---|---|---|
| Mnemonic **magnesium sulfate 50%** | Action Modify | Order Placed By TABAKA RPh, MARV | |

*Vector*

Ordering Physician
RAZUMILAVA MD-Resident, NATALIYA
Review Information N/A
Order Details
First Dose 05/10/08 6:28:00, NOW, 2 gm, IVPB, One Time Only, 05/10/08 6:28:00

| Order Date/Time 5/10/2008  6:35:10 AM | | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Mnemonic **magnesium sulfate 50%** | Action Order | Order Placed By TABAKA RPh, MARV | |

Ordering Physician
RAZUMILAVA MD-Resident, NATALIYA
Review Information
Nurse Review, Accepted - PANCEVSKI RN, CAROLINE, 5/12/2008 12:49:14 AM
Order Details
First Dose 05/10/08 6:34:00, NOW, 2 gm, IVPB, One Time Only, 05/10/08 6:34:00

| Order Date/Time 5/10/2008  7:00:36 AM | | Order Status Discontinued | Type of Order Pharmacy |
|---|---|---|---|
| Mnemonic **morphine pca 30mg/30mL** | Action Order | Order Placed By RAZUMILAVA MD-Resident, NATALIYA | |

Ordering Physician
RAZUMILAVA MD-Resident, NATALIYA
Review Information
Nurse Review, Accepted - ATKINS, SHARON D. 5/10/2008 8:47:53 PM
Pharmacist Verify, Accepted - ARTHUR III RPh, WILLIAM J, 5/10/2008 7:44:50 AM
Order Details
Pt. Admin. Dose (mg) = 1, Lockout Interval (min) = 6, Total Syringe Contents: 30 mg, PCA, PCA IV Infusion, Unscheduled, PRN,
Pain-Severe, 05/10/08 7:00:00
5/10/2008 7:00:36 AM: **HIGH ALERT MED: DOUBLE RN CHECK; VERIFYCONCENTRATION and PUMP SETTINGS**
Final Conc = 1mg/mL

Printed on : 2/9/2010 at 9:25 AM 
**Page** 179 of 292

**Chart Request ID:** 9571940
**Print ID:**  ROE, STEPHANIE M

*(handwritten: Red flag Here)*

**DMC**
DETROIT MEDICAL CENTER
Wayne State University

Facility: Harper Hospital
Address: 3990 John R
Detroit MI 48201

*(handwritten: Remove this Doctor Name who WAS there AT Time my Mom death)*

| | |
|---|---|
| Patient Name: BARNETT ROUSE, MARILYN | Admit Date: 5/10/2008 |
| DOB: 6/6/1950 | Discharge Date: 5/12/2008 |
| PTID: 05496291 | Medical Service: Oncology |
| FIN: 183327980 | |
| MRN: H-383529179 | |
| PCP: NO ATTENDING PHYSICIAN (999904) | |
| Attending Physician: ORTEGA, JESUS | |

*(handwritten: Why is the body puzzle...)*

## Orders [o]

Order Date/Time 5/10/2008  6:33:18 AM

| Mnemonic magnesium sulfate 50% | Action Modify | Order Status Voided Without Results | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician <Unknown> | | Order Placed By TABAKA RPh, MARV | |
| Review Information N/A | | | |
| Order Details | | | |
| First Dose 05/10/08 6:28:00, NOW, 2 gm, IVPB, One Time Only, 05/10/08 6:28:00 | | | |

Order Date/Time 5/10/2008  6:35:10 AM

| Mnemonic magnesium sulfate 50% | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician <Unknown> | | Order Placed By TABAKA RPh, MARV | |
| Review Information | | | |
| Nurse Review, Accepted - PANCEVSKI RN, CAROLINE, 5/12/2008 12:49:14 AM | | | |
| Order Details | | | |
| First Dose 05/10/08 6:34:00, NOW, 2 gm, IVPB, One Time Only, 05/10/08 6:34:00 | | | |

Order Date/Time 5/10/2008  7:00:36 AM

| Mnemonic morphine pca 30mg/30mL | Action Order | Order Status Discontinued | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician <Unknown> | | Order Placed By <Unknown> | |
| Review Information | | | |
| Nurse Review, Accepted - ATKINS, SHARON D, 5/10/2008 8:47:53 PM | | | |
| Pharmacist Verify, Accepted - ARTHUR III RPh, WILLIAM J, 5/10/2008 7:44:50 AM | | | |
| Order Details | | | |
| Pt. Admin. Dose (mg) = 1, Lockout Interval (min) = 6, Total Syringe Contents: 30 mg, PCA, PCA IV Infusion, Unscheduled, PRN, Pain-Severe, 05/10/08 7:00:00 | | | |

5/10/2008  7:00:36 AM: **HIGH ALERT MED: DOUBLE RN CHECK; VERIFYCONCENTRATION and PUMP SETTINGS**
Final Conc = 1mg/mL

| | | | |
|---|---|---|---|
| Chart Request ID: | 11096479 | Printed on : 3/1/2011 at 5:55 PM | |
| Print ID: | WARDEN-PITTMAN, APRIL | Page 180 of 295 | |

**Frederic M. Rosen, P.C.**
535 Griswold, Suite 2040
Detroit, MI 48226
Telephone (313) 961-8900
Facsimile (313) 961-7616

---

## RETAINER AGREEMENT

The undersigned client(s) does hereby employ and retain FREDERIC M. ROSEN, P.C., Attorneys at Law, to act as the undersigned's Attorneys in processing and/or instituting and prosecuting a legal action for damages resulting from the incident of _____ which is the subject of this Retainer Agreement.

The undersigned hereby agrees to pay FREDERIC M. ROSEN, P.C. one-third (1/3), after deduction of expenses, on any amount recovered as a result of any compromise, settlement, satisfaction or disposition of the proceeding which is the subject of this Agreement, whether it be before or after Trial    ⬅

**NO LEGAL FEE WILL BE CHARGED IF THERE IS NO RECOVERY!**

The undersigned elects to terminate the Retainer relationship before the claim/cause of action is completed, he/she hereby agrees to immediately tender all advanced costs of litigation and attorney fees at an hourly rate of Two Hundred Fifty Dollars ($250.00) per hour for professional services rendered to the date of termination; if a settlement offer has been made, the undersigned agrees to pay one-third (1/3) of the settlement offer as fees for services rendered.

The undersigned client further agrees to reimburse FREDERIC M. ROSEN, P.C. for any and all reasonable and necessary expenses and court costs which FREDERIC M. ROSEN, P.C. may pay out or incur on behalf of said client in connection with this matter (including but not limited to court filing fees, deposition expenses, postage, photocopying, parking, telephone, etc); and to advance any and all appeal costs.  FREDERIC M. ROSEN, P.C. reserves and retains the exclusive right to determine whether, in their opinion, an appeal is appropriate.

The undersigned further agrees and understands that cases involving minors and wrongful death necessitates probate proceedings; the undersigned understands that probate proceedings, if required, will necessitate additional fees and expenses.

FREDERIC M. ROSEN, P.C. shall have complete and full authority to compromise and settle any and all claims which are the subject of this Agreement, if they consider such compromise or settlement advisable, either before, during or after Trial.

The undersigned further agrees and understands that the Law Firm of FREDERIC M. ROSEN, P.C. will retain the client file in their possession for two (2) years following the conclusion of this case; the client further authorizes the Law Firm of FREDERIC M. ROSEN, P.C. to destroy their file following the two (2) year expiration after the closure of said file.  The client further understands that if a request is made, in writing, within two (2) years following the closing of their file for a copy of same, the file will be provided to the client.

Client agrees that FREDERIC M. ROSEN, P.C. shall have an Attorney's Lien on any and all monies recovered or received by client herein pursuant to the specific terms of this Retainer Agreement.

_Anthony Barnett_

_Barnett All File papework when Lawyer get his in pay_

_____          ___4-9-12___
Signature                                          Date

DETROIT MEDICAL CENTER
WAYNE STATE UNIVERSITY
HARPER UNIVERSITY HOSPITAL

DISCHARGE SUMMARY

PATIENT:                                      MR   #:383529179
BARNETT-ROUSE, MARILYN                        ~~~ ~.~~~~~~~~
                                              ~~~~ #.0103207000

NURSING UNIT:5ICU                             DOB: 06/06/1950
ROOM/BED:5507/01

DATE OF ADMISSION:             05/09/2008

DATE OF DISCHARGE:             05/12/2008

ATTENDING PHYSICIAN:           Hari Dandapantula, MD

ADMISSION DIAGNOSIS:  Sickle cell crisis.

DISCHARGE DIAGNOSES:
1.  Sickle cell crisis.
2.  Multi-organ failure.
3.  Likely acute coronary syndrome.
4.  Death.

CONSULTATIONS:
1.  Nephrology.
2.  Neurology.

PROCEDURES:  Central venous catheter insertion times two, as well as arterial line
placement.

HISTORY OF PRESENT ILLNESS:  This patient is a 57-year-old African-American female
with the history of sickle-cell disease who presented to the emergency department
~~~~~~~~ ~~~~ ~~~~~~ ~~~~~ ~~ ~~~~ ~~ ~~~ ~~~~~, hips and back for one day prior to
~~~~~~~~~. ~~~~ ~~~~~~~~ ~~~~ ~~~~~~~~~~~~ ~~~ ~~~~~~~~~~~ ~~~~~~~~ ~~~~ ~~
~~~~~~~~~ ~~~~~~~~~~~. ~~~ ~~~~~~~~ ~~~~ ~~~~~~~~~~~ ~~ ~~ ~~~~~ ~~~~~ ~~~~~ ~~~~~~~~
~~~~ ~~~~~~~~~~ ~~ ~~~~~~ ~~~~ ~~~~ ~~~~~~ ~~~~ ~~~~~~~ ~~ ~~~~~~~~~~
paralysis-like symptomatology which was also waxing and waning in nature, per the
primary team.  The patient was subsequently ~~~~~~~~ ~~ ~~~ ~~~ ~~ intensive care
~~~~ ~~~~~ ~~~~~~~~~~~ ~~~~~~~~~~ ~~ ~~~~~~ ~~~~~~~ ~~~~ initial arrival to the
medical intensive care unit, the patient was minimally responsive.  ~~~ ~~~ ~~~~~~~
~~~~~~~~~~ ~~~~~~ ~~ ~~~~ ~ ~~~~~~ ~~~~~~ ~~ ~~~~~~~~~ ~~ ~~~~~~~
examination.  She was moving all four of her extremities.  However, strength could
not be tested.  The patient's ~~~~~~ ~~~~ ~~~~~~~ ~~~ medical intensive
care unit included a temperature of 34.9, a pulse in the 120s, a blood pressure in

HOSPITAL COURSE:

PROBLEM LIST:
~~ ~~~~~~ ~~~~ ~~~~~~.  ~~~ ~~~ ~~~ alteration of mental status was thought to
be possibly due to an acute CVA secondary to her sickle-cell crisis.  Neurology
did see the patient.  They recommended a head CT scan ~~ ~~~ ~~~~ ~~~ would
~~~~~~ ~~~ ~~ ~~~ ~~~ ~~~ ~~~~ ~~~~~~~.  The patient was not stable enough to
receive a CT scan of the head.  Her clinical status declined through the ~~~~~~.
2.  Probable acute coronary syndrome.  The patient had an echocardiogram ~~
by the cardiology fellow, which revealed a right ventricular infarction.  The
patient's troponins subsequently were elevated.  Final readings of troponin

DETROIT MEDICAL CENTER
WAYNE STATE UNIVERSITY
HARPER UNIVERSITY HOSPITAL

DISCHARGE SUMMARY

PATIENT:                                      MR   #:383529179
BARNETT-ROUSE, MARILYN                        DMC  #:05496291
                                              ACCT #:0183327980
NURSING UNIT:5ICU                             DOB: 06/06/1950
ROOM/BED:5507/01

Page 2

were at a level of 4.21.  The patient became more acidotic and the patient's respiratory status declined.  She became more tachypneic.  The MICU team then had to intubate this patient secondary to profound tachypnea and decreased respiratory status.  The patient's blood pressure continued to decline.  The patient required a vasopressor support, including Levophed and vasopressin to maintain blood pressure.  The patient's renal status declined.  Initial creatinine upon arrival to the MICU was 1.2.  This declined to a final reading of 2.4.  Potassium began to climb.  Initial reading on arrival to the ICU was 4.9.  Final reading was 7.1.

3.  Multi-organ failure.  As described above, the patient had renal failure and had an acute myocardial infarction.  She was noted to have worsening liver transaminases with an AST of 772 and an ALT of 352.  These were elevated when compared to prior readings.  The patient's blood pressure continued to drop.  Her potassium continued to rise.  The patient subsequently was acidotic with a pH of 7.2.  The patient went into cardiac arrest in a pulseless electric activity type rhythm and was resuscitated for 13 minutes.  Pulses were regained.  However, the patient's blood pressure subsequently dropped again and the patient went into cardiopulmonary arrest for a second time.  During resuscitation, one of the team members did discuss the patient's prognosis with family members.  We were able to restore a pulse in this patient after a second resuscitation and at that time the patient's family requested that CPR be withheld in the event that the patient were to go into cardiac arrest again.  The patient's family returned to the bedside.  The patient's vitals continued to decline until she again went into cardiac arrest and died.  The patient died at 9:29 a.m. with the family at the bedside.

If the report has been electronically
signed, see completed action list below.

_____
Hari Dandapantula, MD
SIGNATURE OF ATTENDING PHYSICIAN/DATE

D: 05/12/2008 09:44:25
T: 05/13/2008 08:58:47
MEDQ/Job #935775

Dictated by:  Vincent Daniel Borla, DO

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*AnThony BarneTT*

**(b)** County of Residence of First Listed Plaintiff  *Wayne*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

*Harper Hutzel Hospital*
*Crystal L. Arthur  M.D*

County of Residence of First Listed Defendant  *Wayne*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:       IN LAND CONDEMNATION CASES, USE THE LOCATION OF

Case: 4:17-cv-11113
Judge: Parker, Linda V.
MJ: Stafford, Elizabeth A.
Filed: 04-10-2017 At 09:10 AM
CMP BARNETT V. HARPER HUTZEL HOSPIT
AL ET AL (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☒ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities Employment
- ☐ 446 Amer. w/Disabilities Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*2012 - 012673 - NH*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions.)*   JUDGE  *Kim L. Smith*   DOCKET NUMBER  *2012 - 012673 - NH*

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?        ☐ Yes
                                                              ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously     ☑ Yes
    discontinued or dismissed companion cases in this or any other    ☐ No
    court, including state court? (Companion cases are matters in which
    it appears substantially similar evidence will be offered or the same
    or related parties are present and the cases arise out of the same
    transaction or occurrence.)

If yes, give the following information:

Court: Coleman A. Young Municipal Bld 9ᵗʰ Floor Room 901

Case No.: 2012-012673-NH

Judge: Leslie Kim Smith Cir Cuit Court.

Notes :

Judge Kim Smith Said I Anthony Could Not
have went to Trial, because Attorney Terrance J.
Cirocco And Frederic M. Rosen Never Turn in
Any papperwork to Show how they Filled Motion
in order for them to have Came up with
a Settlement, So I would Not win the Case
And get Justice For my mother.

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

| ☑ | Two (2) completed **Civil Cover Sheets**. | |
|---|---|---|
| ☑ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___13___ + 2 = ___15___ **Complaints.**<br>**# of Defendants**          **Total**<br><br>Received by Clerk: _____ Addresses are complete: _____ | Case:4:17-cv-11113<br>Judge: Parker, Linda V.<br>MJ: Stafford, Elizabeth A.<br>Filed: 04-10-2017 At 09:10 AM<br>CMP BARNETT V. HARPER HUTZEL HOSPIT<br>AL ET AL (DA) |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| | **If Paying the Filing Fee:** | | **If Asking That The Filing Fee Be Waived:** |
|---|---|---|---|
| ☐ | Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☐ | Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _____ |

| | | Select the Method of Service you will employ to notify your defendants: | |
|---|---|---|---|

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|---|
| ☑ Two (2) completed summonses for each defendant including each defendant's name and address.<br><br><br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br><br>Received by Clerk: _____ | | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13