UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BARNETT,

    Plaintiff,

v.

    Civil Case No. 17-11113
    Honorable Linda V. Parker

HARPER HUTZEL HOSPITAL, et al.,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

On April 10, 2017, Plaintiff initiated this lawsuit against Defendants. Plaintiff asserts in his Complaint that this Court has jurisdiction based on diversity of citizenship, which is governed by 28 U.S.C. § 1332(a). Plaintiff's Complaint reflects, however, that diversity jurisdiction is lacking. Therefore, on April 18, 2017, this Court issued an order requiring Plaintiff to show cause within fourteen days as to why the action should not be dismissed for lack of subject matter jurisdiction.

As of this date, Plaintiff has not responded to the show cause order.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE** for lack of subject matter jurisdiction.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: May 30, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 30, 2017, by electronic and/or U.S. First Class mail.

                                                s/ R. Loury
                                                Case Manager